UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| GREATER LEWISTOWN, | : | |
| SHOPPING PLAZA, LP, | : | |
| | : | CASE No.: 1:17-bk-00693-HWV |
| DEBTOR | : | |

## NOTICE OF
## TRUSTEE'S MOTION FOR APPROVAL OF FINAL DISTRIBUTION TO CREDITORS, FINAL PAYMENT OF TRUSTEE/COUNSEL FEES AND EXPENSES, AND PAYMENT OF PROFESSIONALS

The Chapter 11 Trustee has filed a Motion for Approval of Final Distribution (the "Motion"). The Trustee proposes a final distribution of the sum of **$176,943.21**, which represents the entire balance of the estate's accounts, in accordance with the attached Schedule of Distribution.

The purpose of this final distribution is to make distribution of all remaining funds on hand, as fully shown above. Once the distribution is made, the Trustee anticipates the filing of a final report and separate motion to close the case.

Interested parties are encouraged to review the Motion, whose terms and conditions shall be controlling over any actual or alleged discrepancy with the description set forth here. A copy of the Motion or supporting attachments may be obtained upon written or email request by contacting the Trustee as shown below.

If you object to the relief requested, you must file your objection/response within twenty-three (23) days from the date of this Notice with the Clerk of the Bankruptcy Court, Ronald Reagan Federal Building, 228 Walnut Street, Rm 320, Harrisburg, PA 17101 and serve a copy on the Chapter 11 Trustee at the address shown below.

**If you file and serve and objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court may deem the motion unopposed and may proceed to consider the motion without further notice or hearing and may grant the relief requested.**

Respectfully submitted,

Date: March 22, 2021

/s/ John P. Neblett
John P. Neblett
P.A. I.D. No. 80036
187 Long Leaf Pine Drive
Conway, SC  29526
jpn@neblettlaw.com

**Trust Account Balance**                                                                                                           $176,943.21
(includes unpaid carveout balance owed to Disam)

**Final Distribution**

| | Type of claim | Amount | Proposed payment | Claim balance | Trust Acct. Remaining balance |
|---|---|---|---|---|---|
| Disam Holdings, LLC | Balance of carveout owed per plan | $84,573.89 | $84,573.89 | $0.00 | $92,369.32 |
| Trustee - John P Neblett | Admin Chapter 11 - post sale | $48,790.00 | $48,790.00 | $0.00 | $43,579.32 |
| Expenses - John P. Neblett | Admin Chapter 11 - post sale | $2,034.20 | $2,034.20 | $0.00 | $41,545.12 |
| Atty for Trustee - Adam Weaver | Admin Chapter 11 - post sale | $21,207.85 | $21,207.85 | $0.00 | $20,337.27 |
| Accountant for Trustee - The Rona | Admin Chapter 11 - post sale | $4,658.00 | $4,658.00 | $0.00 | $15,679.27 |
| UST Quarterly Fee (est.) | Admin Chapter 11 | $325.55 | $325.55 | $0.00 | $15,353.72 |
| 1-2: Internal Revenue Service | Unsecured | $0.00 | $0.00 | $0.00 | $15,353.72 |
| 2-1: MSCI 2006-IQ11 Logan Blvd P: | Unsecured deficiency claim | $0.00 | $0.00 | $0.00 | $15,353.72 |
| 3-1: Summit Construction Compan | Unsecured deficiency claim | $531,949.14 | $1,249.40 | $530,699.74 | $14,104.32 |
| 4-1: Kish Bank | Unsecured deficiency claim | $5,292,519.27 | $12,430.62 | $5,280,088.65 | $1,673.71 |
| 5-1: SMS Financial P LLC (transfere | Unsecured | $97,178.82 | $228.25 | $96,950.57 | $1,445.46 |
| 6-2: Mifflin County Tax Claim | Unsecured | $0.00 | $0.00 | $0.00 | |
| 7-2: Mifflin County Tax Claim | Unsecured | $0.00 | $0.00 | $0.00 | |
| 8-2: Mifflin County Tax Claim | Unsecured | $0.00 | $0.00 | $0.00 | |
| 9-2: Mifflin County Tax Claim | Unsecured | $0.00 | $0.00 | $0.00 | |
| 10-2: Mifflin County Tax Claim | Unsecured | $0.00 | $0.00 | $0.00 | |
| Disam Holdings, LLC | Deficiency claim after pymt from carveout | $615,426.11 | $1,445.46 | $613,980.65 | $0.00 |