UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| GREATER LEWISTOWN, | : | |
| SHOPPING PLAZA, LP, | : | |
| | : | CASE No.: 1:17-bk-00693-HWV |
| DEBTOR | : | |

## NOTICE OF AMENDED DISTRIBUTION RE:
## TRUSTEE'S MOTION FOR APPROVAL OF FINAL DISTRIBUTION TO CREDITORS, FINAL PAYMENT OF TRUSTEE/COUNSEL FEES AND EXPENSES, AND PAYMENT OF PROFESSIONALS

**Summary of Change: The proposed distribution is amended to add the unpaid admin claim of Imblum Law Offices in the amount of $20,729.55. This claim has previously been approved by two Orders of Court dated 9/13/17 and 6/5/18 (Docket Nos. 95, 220) in the combined amount of $95,364.55. The estate has already paid $74,635 leaving a balance of $20,729.55.**

The Chapter 11 Trustee has filed a Motion for Approval of Final Distribution (the "Motion"). The Trustee proposes a final distribution of the sum of **$176,943.21**, which represents the entire balance of the estate's accounts, in accordance with the attached Schedule of Distribution.

The purpose of this final distribution is to make distribution of all remaining funds on hand, as fully shown above. Once the distribution is made, the Trustee anticipates the filing of a final report and separate motion to close the case.

Interested parties are encouraged to review the Motion, whose terms and conditions shall be controlling over any actual or alleged discrepancy with the description set forth here. A copy of the Motion or supporting attachments may be obtained upon written or email request by contacting the Trustee as shown below.

If you object to the relief requested, you must file your objection/response within twenty-three (23) days from the date of this Notice with the Clerk of the Bankruptcy Court, Ronald Reagan Federal Building, 228 Walnut Street, Rm 320, Harrisburg, PA 17101 and serve a copy on the Chapter 11 Trustee at the address shown below.

**If you file and serve and objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court may deem the motion unopposed and may proceed to consider the motion without further notice or hearing and may grant the relief requested.**

Respectfully submitted,

Date: March 31, 2021

/s/ John P. Neblett
John P. Neblett
187 Long Leaf Pine Drive
Conway, SC 29526
jpn@neblettlaw.com

**Trust Account Balance** $176,943.21
(includes unpaid carveout balance owed to Disam)

**Final Distribution**

| | Type of claim | Amount | Proposed payment | Claim balance | Trust Acct. Remaining balance | Carveout Remaining Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | $ | 84,573.89 |
| Imblum Law Office | Admin Ch 11 | $20,729.55 | $20,729.55 | $0.00 | | $ | 63,844.34 |
| Disam Holdings, LLC | Balance of carveout owed per plan | $63,844.34 | $63,844.34 | $0.00 | $113,098.87 | | |
| Trustee - John P Neblett | Admin Chapter 11 - post sale | $48,790.00 | $48,790.00 | $0.00 | $64,308.87 | | |
| Expenses - John P. Neblett | Admin Chapter 11 - post sale | $2,034.20 | $2,034.20 | $0.00 | $62,274.67 | | |
| Atty for Trustee - Adam Weaver | Admin Chapter 11 - post sale | $21,207.85 | $21,207.85 | $0.00 | $41,066.82 | | |
| Accountant for Trustee - The Rona| Admin Chapter 11 - post sale | $4,658.00 | $4,658.00 | $0.00 | $36,408.82 | | |
| UST Quarterly Fee (est.) | Admin Chapter 11 | $325.55 | $325.55 | $0.00 | $36,083.27 | | |
| 1-2: Internal Revenue Service | Unsecured | $0.00 | $0.00 | $0.00 | $36,083.27 | | |
| 2-1: MSCI 2006-IQ11 Logan Blvd P: | Unsecured deficiency claim | $0.00 | $0.00 | $0.00 | $36,083.27 | | |
| 3-1: Summit Construction Compan | Unsecured deficiency claim | $531,949.14 | $2,926.97 | $529,022.17 | $33,156.30 | | |
| 4-1: Kish Bank | Unsecured deficiency claim | $5,292,519.27 | $29,121.25 | $5,263,398.02 | $4,035.06 | | |
| 5-1: SMS Financial P LLC (transfere | Unsecured | $97,178.82 | $534.71 | $96,644.11 | $3,500.35 | | |
| 6-2: Mifflin County Tax Claim | Unsecured | $0.00 | $0.00 | $0.00 | | | |
| 7-2: Mifflin County Tax Claim | Unsecured | $0.00 | $0.00 | $0.00 | | | |
| 8-2: Mifflin County Tax Claim | Unsecured | $0.00 | $0.00 | $0.00 | | | |
| 9-2: Mifflin County Tax Claim | Unsecured | $0.00 | $0.00 | $0.00 | | | |
| 10-2: Mifflin County Tax Claim | Unsecured | $0.00 | $0.00 | $0.00 | | | |
| Disam Holdings, LLC | Deficiency claim after pymt from carveout | $636,155.66 | $3,500.35 | $632,655.31 | $0.00 | | |

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>GREATER LEWISTOWN SHOPPING PLAZA, LP | CASE NO: 1-17-00693<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 4/1/2021, I did cause a copy of the following documents, described below,

Notice of Amended Distribution Re: Trustee's Motion for Approval of Final Distribution

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/1/2021

/s/ John P. Neblett
John P. Neblett  80036
Law Office of John P. Neblett
187 Long Leaf Pine Drive
Conway, SC  29526
717 554 8440

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GREATER LEWISTOWN SHOPPING PLAZA, LP | CASE NO: 1-17-00693<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 4/1/2021, a copy of the following documents, described below,

Notice of Amended Distribution Re: Trustee's Motion for Approval of Final Distribution

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/1/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John P. Neblett
Law Office of John P. Neblett
187 Long Leaf Pine Drive
Conway, SC  29526

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-17-BK-00693-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>WED MAR 31 15-35-37 EDT 2021 | BOULEVARD TAKEOUT<br>363 PARK DRIVE<br>REEDSVILLE PA 17084-8607 | MARTIN C BRYCE JR<br>BALLARD SPAHR LLP<br>1735 MARKET STREET 51ST FLOOR<br>PHILADELPHIA PA 19103-7599 |
| CVS OF PENNSYLVANIA INC<br>ONE CVS DRIVE<br>WOONSOCKET RI 02895-6146 | CVS OF PENNSYLVANIA INC<br>ONE CVS DRIVE<br>WOONSOCKET RI 02895 | CVS OF PENNSYLVANIA INC<br>CO GEOFFREY S GOODMAN ESQ<br>FOLEY LARDNER LLP<br>321 N CLARK ST 2800<br>CHICAGO IL 60654-5313 |
| CENTIMARK CORPORATION<br>12 GRANDVIEW CIRCLE<br>CANONSBURG PA 15317-8533 | CENTIMARK CORPORATION<br>CO CLARK HILL THORP REED<br>DANNY P CERRONE JR ESQUIRE<br>ONE OXFORD CENTRE<br>301 GRANT STREET 14TH FLOOR<br>PITTSBURGH PA 15219-1425 | COTE ENTERPRISES LLC<br>252 4TH STREEET<br>BRADDOCK PA 15104-1167 |
| COTE ENTERPRISES LLC<br>252 4TH STREET<br>RANKIN PA 15104-1167 | COTE ENTERPRISES LLC<br>CO NIELSEN ODONNELL<br>PETER J ODONNELL ESQUIRE<br>15 SOUTH WAYNE STREET<br>LEWISTOWN PA 17044-2146 | ROBERT E DAUER JR<br>535 SMITHFIELD STREET STE 1300<br>PITTSBURGH PA 15222-2315 |
| ERICA K DAUSCH<br>BABST CALLAND CLEMENTS ZOMNIR PC<br>TWO GATEWAY CENTER 7TH FLOOR<br>PITTSBURGH PA 15222 | DERRY TOWNSHIP SANITARY SEWER AUTHORITY<br>ATTN CAROLYN MUMPER<br>74 RESERVE LANE<br>LEWISTOWN PA 17044-8647 | CM/ECF E-SERVICE<br>(+) DERRY TOWNSHIP<br>CO STEVEN P MINER ESQ<br>635 NORTH 12TH STREET SUITE 101<br>LEMOYNE PA 17043-1225 |
| DICKS HOMECARE INC<br>401 MAPLE AVENUE<br>ALTOONA PA 16601-4170 | DISAM HOLDINGS LLC<br>CO ROBERT O LAMPL LAW OFFICE<br>223 FOURTH AVENUE<br>4TH FLOOR<br>PITTSBURGH PA 15222-1717 | DISAM HOLDINGS LLC<br>100 MERGANSER CIRCLE<br>DAYTONA BEACH FL 32119-1351 |
| DUNHAMS ATHLEISURE CORPORATION<br>5000 DIXIE HIGHWAY<br>WATERFORD MI 48329-1711 | FRATERNAL ORDER OF EAGLES SEVEN<br>MOUNTAINS A<br>REAR 116 N LOGAN BOULEVARD<br>BURNHAM PA 17009-1835 | GEOFFREY S GOODMAN<br>FOLEY LARDNER LLP<br>321 N CLARK STREET SUITE 2800<br>CHICAGO IL 60654-5313 |
| CM/ECF E-SERVICE<br>(+) GREATER LEWISTOWN SHOPPING PLAZA LP<br>8035 MCKNIGHT ROAD SUITE 302<br>PITTSBURGH PA 15237-3036 | GARY J IMBLUM<br>IMBLUM LAW OFFICES PC<br>4615 DERRY STREET<br>HARRISBURG PA 17111-2660 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JAMES AND ALICE SCHNURE<br>20 BLUE HOLLOW ROAD<br>MILROY PA 17063-9226 | CM/ECF E-SERVICE<br>(+) KISH BANK<br>115 S MAIN STREET<br>STATE COLLEGE PA 16803 | CM/ECF E-SERVICE<br>(+) KISH BANK<br>DAVID W ROSS ESQUIRE<br>BABST CALLAND CLEMENTS ZOMNIR PC<br>TWO GATEWAY CENTER 7TH FLOOR<br>PITTSBURGH PA 15222 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CM/ECF E-SERVICE | CM/ECF E-SERVICE | |
|---|---|---|
| (+) KISH BANK<br>ERICA KOEHL DAUSCH ESQUIRE<br>BABST CALLAND CLEMENTS ZOMNIR PC<br>TWO GATEWAY CENTER 7TH FLOOR<br>PITTSBURGH PA 15222 | (+) KISH BANK<br>CO DAVID W ROSS ESQ AND ERICA K DAU<br>BABST CALLAND<br>TWO GATEWAY CENTER 7TH FLOOR<br>PITTSBURGH PA 15222 | KISH BANK FKA KISHACOQUILLAS VALLEY<br>NATION<br>CO BABST CALLAND<br>TWO GATEWAY CENTER 7TH FL<br>PITTSBURGH PA 15222 |
| LNR PARTNERS LLC<br>1601 WASHINGTON AVENUE<br>SUITE 800<br>MIAMI BEACH FL 33139-3165 | ROBERT O LAMPL<br>ROBERT O LAMPL LAW OFFICE<br>BENEDUM TREES BUILDING<br>223 FOURTH AVENUE<br>FOURTH FLOOR<br>PITTSBURGH PA 15222-1717 | MICHAEL P LEAHEY<br>JACKSON KELLY PLLC<br>THREE GATEWAY CTR 401 LIBERTY AVE<br>STE 1500<br>PITTSBURGH PA 15222 |
| LEWISTOWN GAS COMPANY<br>34 W MARKET STREET<br>LEWISTOWN PA 17044-2127 | MSCI 2006 IQ11<br>LOGAN LIMITED PARTNERSHIP<br>1209 ORANGE STREET<br>WILMINGTON DE 19801-1120 | MSCI 2006 IQ11 LOGAN BOULEVARD LIMITED<br>PARTN<br>CO MATTHEW G SUMMERS<br>BALLARD SPAHR LLP<br>919 N MARKET STREET 11TH FLOOR<br>WILMINGTON DE 19801-3023 |
| CM/ECF E-SERVICE | CM/ECF E-SERVICE | CM/ECF E-SERVICE |
| (+) MSCI IQ11 LOGAN BOULEVARD LIMITED<br>PARTNERSHIP CO MARTIN C BRYCE JR ESQ<br>BALLARD SPAHR LLP<br>1735 MARKET STREET 51ST FLOOR<br>PHILADELPHIA PA 19103-7599 | (+) MSCI IQ11 LOGAN BOULEVARD LIMITED<br>PARTNERSHIP CO MATTHEW G SUMMERS ESQ<br>BALLARD SPAHR LLP<br>919 N MARKET STREET 11TH FLOOR<br>WILMINGTON DE 19801-3023 | (+) MSCI IQ11 LOGAN BOULEVARD LIMITED<br>PARTNERSHIP CO RAYMOND A QUAGLIA ESQ<br>BALLARD SPAHR LLP<br>1735 MARKET STREET 51ST FLOOR<br>PHILADELPHIA PA 19103-7599 |
| CM/ECF E-SERVICE | | |
| (+) MSCI IQ11 LOGAN BOULEVARD LIMITED<br>PARTNERSHI<br>CO MATTHEW G SUMMERS<br>BALLARD SPAHR LLP<br>919 N MARKET STREET 11TH FLOOR<br>WILMINGTON DE 19801-3023 | CHANTELLE D MCCLAMB<br>BALLARD SPAHR LLP<br>919 NORTH MARKET STREET 11TH FLOOR<br>WILMINGTON DE 19801-3023 | METRO COMMERCIAL<br>660 WEST GERMANTOWN PIKE<br>SUITE LL200<br>PLYMOUTH MEETING PA 19462-1111 |
| DANIEL R MICHELMORE<br>JACKSON KELLY PLLC<br>THREE GATEWAY CENTER<br>401 LIBERTY AVE STE 1500<br>PITTSBURGH PA 15222-1009 | MIFFLIN COUNTY TAX CLAIM<br>20 N WAYNE ST<br>LEWISTOWN PA 17044-1770 | STEVEN P MINER<br>CALDWELL KEARNS PC<br>3631 N FRONT STREET<br>HARRISBURG PA 17110-1500 |
| MUNICIPAL AUTHORITY OF BOROUGH OF<br>LEWISTOWN<br>70 CHESTNUT STREET<br>LEWISTOWN PA 17044-2208 | MUNICIPAL AUTHORITY OF THE BOROUGH OF<br>LEWIST<br>19 VALLEY STREET<br>LEWISTOWN PA 17044-2281 | JOHN P NEBLETT<br>PO BOX 490<br>REEDSVILLE PA 17084-0490 |
| JOHN P NEBLETT TRUSTEE<br>JOHN P NEBLETT CHAPTER 7 TRUSTEE<br>187 LONG LEAF PINE DRIVE<br>CONWAY SC 29526-8683 | NITTANY BUILDING SPECIALTIES INC<br>105 WEST PLANK RD<br>PORT MATILDA PA 16870-1121 | PA DEPARTMENT OF REVENUE<br>BUREAU OF INDIVIDUAL TAXES<br>DEPT 280431<br>HARRISBURG PA 17128-0431 |
| PNC BANK NA<br>CO WELTMAN WEINBERG REIS CO LPA<br>436 SEVENTH AVENUE SUITE 2500<br>PITTSBURGH PA 15219-1842 | NICHOLAS R PAGLIARI<br>MACDONALD ILLIG JONES BRITTON LLP<br>100 STATE STREET SUITE 700<br>ERIE PA 16507-1459 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CM/ECF E-SERVICE

(+) RAYMOND ADAM QUAGLIA
BALLARD SPAHR LLP
1735 MARKET STREET 51ST FLOOR
PHILADELPHIA PA 19103-7599

RAYMOND A QUAGLIA ESQUIRE
1735 MARKET STREET 51ST FLOOR
PHILADELPHIA PA 19103-7507

ROBERT JOHNSON PLUMBING HEATING
118 W FOURTH STREET
LEWISTOWN PA 17044-2007

ROBERT P LEPLEY ELEC CONTRACTOR INC
232 VALLEY STREET
LEWISTOWN PA 17044-1855

CM/ECF E-SERVICE
(+) DAVID W ROSS
BABST CALLAND CLEMENTS AND ZOMNIR PC
TWO GATEWAY CENTER 7TH FLOOR
PITTSBURGH PA 15222

SMS FINANCIAL P LLC
6829 NORTH 12TH STREET
PHOENIX AZ 85014-1109

SMS FINANCIAL P LLC
6829 NORTH 12TH STREET
PHOENIX AZ 85014

JOSEPH P SCHALK
OFFICE OF THE UNITED STATES TRUSTEE
228 WALNUT STREET
SUITE 1190
HARRISBURG PA 17101-1722

SECURITIES AND EXCHANGE COMMISSION
3 WORLD FINANCIAL CENTER
NEW YORK NY 10281-1022

D TROY SELLARS
OFFICE OF THE UNITED STATES TRUSTEE
228 WALNUT ST
SUITE 1190
HARRISBURG PA 17101-1722

MATTHEW G SUMMERS
BALLARD SPAHR LLP
919 N MARKET STREET 11TH FLOOR
WILMINGTON DE 19801-3023

MATTHEW G SUMMERS
BALLARD SPAHR LLP
919 NORTH MARKET STREET 11TH FLOOR
WILMINGTON DE 19801-3023

SUMMIT CONSTRUCTION CO INC
CO MICHAEL P LEAHEY JACKSON KELLY PLLC
THREE GATEWAY CENTER
401 LIBERTY AVE STE 1500
PITTSBURGH PA 15222-1009

SUMMIT CONSTRUCTION CO INC
CO NICOLE L STARR
THREE GATEWAY CENTER
401 LIBERTY AVE STE 1500
PITTSBURGH PA 15222-1009

SUMMIT CONSTRUCTION CO INC
1095 HOME AVE
AKRON OH 44310-3501

SUMMIT CONSTRUCTION CO INC
CO DANIEL R MICHELMORE
THREE GATEWAY CENTER
401 LIBERTY AVE STE 1500
PITTSBURGH PA 15222-1009

THE MUNICIPAL AUTHORITY OF THE BOROUGH
OF LE
19 VALLEY STREET
LEWISTOWN PA 17044-2281

ASST US TRUSTEE
US DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
228 WALNUT STREET ROOM 1190
HARRISBURG PA 17101-1722

CM/ECF E-SERVICE
(+) UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

JAMES PETER VALECKO
WELTMAN WEINBERG AND REIS CO LPA
436 SEVENTH AVENUE
2718 KOPPERS BUILDING
PITTSBURGH PA 15219

VERIZON PENNSYLVANIA
1717 ARCH ST
PHILADELPHIA PA 19103-2787

CO MATTHEW G SUMMERS
BALLARD SPAHR LLP
919 N MARKET STREET 11TH FLOOR
WILMINGTON DE 19801-3023

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| | | |
|---|---|---|
| (Interested Party)<br>University Park Plaza Corporation<br>represented by:<br>Nicholas R. Pagliari<br>MacDonald, Illig, Jones & Britton LLP<br>100 State Street, Suite 700<br>Erie, PA 16507<br><br>npagliari@mijb.com | Asst. US Trustee<br>US Department of Justice<br>Office of the United States Trustee<br>228 Walnut Street, Room 1190<br>Harrisburg, PA 17101<br><br>ustpregion03.ha.ecf@usdoj.gov | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101<br>(Asst. U.S. Trustee)<br>represented by:<br>D. Troy Sellars<br>Office of the United States Trustee<br>228 Walnut St.<br>Suite 1190<br>Harrisburg, PA 17101<br><br>D.Troy.Sellars@usdoj.gov |
| Nicole Starr<br>Jackson Kelly PLLC<br>Three Gateway Center<br>401 Liberty Ave., Ste. 1500<br>Pittsburgh, PA 15222<br><br>nstarr@jacksonkelly.com | Daniel R. Michelmore<br>Jackson Kelly PLLC<br>Three Gateway Center<br>401 Liberty Ave., Ste. 1500<br>Pittsburgh, PA 15222<br><br>drmichelmore@jacksonkelly.com | (Creditor)<br>Summit Construction Co., Inc.<br>1095 Home Ave.<br>Akron, OH 44310<br>represented by:<br>Michael P Leahey<br>Jackson Kelly PLLC<br>Three Gateway Ctr., 401 Liberty Ave.<br>Ste. 1500<br>Pittsburgh, PA 15222<br><br>mpleahey@jacksonkelly.com |
| (Creditor)<br>Stonerook & Co.<br>represented by:<br>Joseph P Schalk<br>Office of the United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101<br><br>joseph.schalk@usdoj.gov | (Creditor)<br>SMS Financial P LLC<br>6829 North 12th Street<br>Phoenix, AZ 85014 | Keri P Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh<br>Pittsburgh, PA 15219<br><br>kebeck@bernsteinlaw.com |
| (Creditor)<br>PNC Bank, NA.<br>represented by:<br>James Peter Valecko<br>Weltman Weinberg and Reis Co LPA<br>436 Seventh Avenue<br>2718 Koppers Building<br>Pittsburgh, PA 15219<br><br>jvalecko@weltman.com | (Trustee)<br>John P. Neblett, Chapter 7 Trustee<br>187 Long Leaf Pine Drive<br>Conway, SC 29526<br>represented by:<br>John P Neblett<br>P.O. Box 490<br>Reedsville, PA 17084<br><br>jpn@neblettlaw.com | Matthew G. Summers<br>Ballard Spahr LLP<br>919 North Market Street 11th Floor<br>Wilmington, DE 19801 |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| | | |
|---|---|---|
| Matthew G. Summers<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3034<br><br>summersm@ballardspahr.com | Raymond Adam Quaglia<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br><br>quaglia@ballardspahr.com | Chantelle D. McClamb<br>Ballard Spahr LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3034<br><br>mcclambc@ballardspahr.com |
| (Creditor)<br>MSCI IQ11 Logan Boulevard Limited Partnership<br>c/o Matthew G. Summers<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>represented by:<br>Martin C Bryce, Jr<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br><br>bryce@ballardspahr.com | (Interested Party)<br>MSCI 2006-IQ11 Logan Boulevard Limited Partnership<br>represented by:<br>Matthew G. Summers<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3034<br><br>summersm@ballardspahr.com | David W Ross<br>Babst Calland Clements and Zomnir, PC<br>Two Gateway Center, 7th Floor<br>Pittsburgh, PA 15222<br><br>dross@bccz.com |
| (Creditor)<br>Kish Bank f/k/a Kishacoquillas Valley National Bank<br>c/o Babst Calland<br>Two Gateway Center, 7th Fl<br>Pittsburgh, PA 15222<br>represented by:<br>Erica K Dausch<br>Babst Calland Clements Zomnir P.C.<br>Two Gateway Center, 7th Floor<br>Pittsburgh, PA 15222<br><br>edausch@babstcalland.com | Greater Lewistown Shopping Plaza LP<br>8035 McKnight Road, Suite 302<br>Pittsburgh, PA 15237<br>Tax ID / EIN: 25-1863794<br>(Debtor 1)<br>represented by:<br>Gary J Imblum<br>Imblum Law Offices, P.C.<br>4615 Derry Street<br>Harrisburg, PA 17111<br><br>gary.imblum@imblumlaw.com | (Creditor)<br>Disam Holdings, LLC<br>c/o Robert O Lampl Law Office<br>223 Fourth Avenue<br>4th Floor<br>Pittsburgh, PA 15222<br>represented by:<br>Robert O Lampl<br>Robert O Lampl Law Office<br>Benedum Trees Building<br>223 Fourth Avenue<br>Fourth Floor<br>Pittsburgh, PA 15222<br><br>rlampl@lampllaw.com |
| (Creditor)<br>Derry Township<br>73 Reserve Lane<br>Lewistown, PA 17044<br>represented by:<br>Steven P Miner<br>Caldwell & Kearns, P.C.<br>3631 N. Front Street<br>Harrisburg, PA 17110<br><br>sminer@cklegal.net | Robert E. Dauer, Jr.<br>535 Smithfield Street, Ste 1300<br>Pittsburgh, PA 15222-2315<br>(Attorney)<br>represented by:<br>Gary J Imblum<br>Imblum Law Offices, P.C.<br>4615 Derry Street<br>Harrisburg, PA 17111<br><br>gary.imblum@imblumlaw.com | (Creditor)<br>CVS of Pennsylvania, Inc.<br>represented by:<br>Geoffrey S. Goodman<br>Foley & Lardner LLP<br>321 N. Clark Street, Suite 2800<br>Chicago, IL 0654<br><br>ggoodman@foley.com |